1  PHILLIP A. TALBERT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  02:14-MJ-00196-KJN

12                      Plaintiff,      ORDER

13              v.

14  OTIS LEE COOPER,

15                      Defendant.

16

17      The United States' motion to dismiss without prejudice the underlying UFAP complaint and

18  recall the arrest warrant in the above referenced case, 2:14-MJ-00196-KJN against defendant OTIS LEE

19  COOPER is GRANTED.

20

21  Dated:  February 7, 2017

22                                    _____
                                      Kendall J. Newman
23                                    KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

[PROPOSED] ORDER                          1